**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01470-LTB-MJW

BRUCE A. ROTH,

       Plaintiff,

v.

ROCKY MOUNTAIN BULLHIDE, INC., d/b/a BULLHIDE 4x4 AUTO ACCESSORIES, a Colorado corporation, and
TRIM-LINE OF THE ROCKIES, INC., d/b/a AUTO ACCESSORIES AND DESIGN, a Colorado corporation,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc 8 - filed November 28, 2006) is **GRANTED**. The tendered Second Amended Complaint is accepted for filing.

Dated: November 29, 2006
_____