**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01470-LTB-MJW

BRUCE A. ROTH,

       Plaintiff,

v.

ROCKY MOUNTAIN BULLHIDE, INC., d/b/a BULLHIDE 4x4 AUTO ACCESSORIES, a Colorado corporation,
TRIM-LINE OF THE ROCKIES, INC., d/b/a AUTO ACCESSORIES AND DESIGN, a Colorado corporation, and
ALAN MANES MACHINE, INC., d/b/a MANES MACHINE AND ENGINEERING, INC., a California corporation,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal of Defendant Alan Manes Machine, Inc. (Doc 7 - filed November 28, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Alan Manes Machine, Inc.,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: November 29, 2006