UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01470-LTB-MJW

BRUCE A. ROTH,

        Plaintiff,

v.

ROCKY MOUNTAIN BULLHIDE, INC.,
d/b/a BULLHIDE 4x4 AUTO ACCESSORIES,
a Colorado Corporation,

TRIM-LINE OF THE ROCKIES, INC.,
d/b/a AUTO ACCESSORIES AND DESIGN,
a Colorado Corporation, and

COLORADO CUSTOM FC, INC.,
a Colorado Corporation,

        Defendants.

## SUPPLEMENT TO SCHEDULING ORDER

Pursuant to the Court's Scheduling Order entered February 27, 2007, the Court enters the following Deposition Schedule as a Supplement to the Scheduling Order:

e. **Deposition Schedule:**

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition by party noticing the deposition |
|---|---|---|---|
| Ray Shlepp | April 16, 2007 | 9:00am | 4 hours |
| Ron Wasserman | April 16, 2007 | 2:00pm | 4 hours |
| Mike Beyersdoerfer | April 18, 2007 | 9:00am | 4 hours |

{00254692.DOC1}

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition by party noticing the deposition |
|---|---|---|---|
| Randy Lerich | April 18, 2007 | 2:00am | 4 hours |
| Nik Dexter | April 23, 2007 | 9:00am | 4 hours |
| Scott Butters | April 23, 2007 | 2:00pm | 4 hours |
| Joel Townsend | April 25, 2007 | 9:00am | 4 hours |
| Bruce Roth | May 7, 2007 | 9:00am | 4 hours |
| Gerry Potter | May 9, 2007 | 9:00am | 4 hours |
| Jim Noteboom | May 14, 2007 | 9:00am | 4 hours |
| Alan Manes | June 5, 2007 | 9:00am | 4 hours |
| Plaintiffs' Expert Witnesses | TBD | | |
| Defendants' Expert Witnesses | TBD | | |
| Fed.R.Civ.P. 30(b)(6) depositions of various corporate entities | TBD | | |

Because this deposition schedule is contingent upon the availability of counsel and witnesses on the specified dates, the parties agree to adhere to this schedule the extent possible, and will make amendments as necessary to accommodate the circumstances.

Counsel for plaintiff Bruce A. Roth have conferred with counsel for all of the defendants regarding the aforementioned deposition schedule. All of the defendants' counsel have agreed to the schedule, with the exception of counsel for defendant Rocky Mountain Bullhide, Inc., who was unavailable to confer on the date this Supplement was due.

DATED this 12th day of March 2007.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge
Michael J. Watanabe

**APPROVED:**

/s/Joseph T. Bernstein
J. Mark Smith (973)
Joseph T. Bernstein (37753)
Pendleton Friedberg Wilson & Hennessey, P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202
303-839-1204

William W. Cochran (13069)
Cochran, Freund & Young, LLC
2026 Caribou Drive, Suite 201
Fort Collins, Colorado 80525
970-492-1100

ATTORNEYS FOR PLAINTIFF


Erik G. Fisher (16856)
Fischer & Fischer, LLP
125 South Howes, Suite 900
Fort Collins, Colorado 80521
970-482-4710

ATTORNEYS FOR DEFENDANT ROCKY
MOUNTAIN BULLHIDE, INC.

{00254692.DOC1}

3

Zachary G. Wilson (12608)
Liggett, Smith & Wilson, P.C.
425 West Mulberry Street, Suite 1112
Fort Collins, Colorado 80521
970-482-9770

ATTORNEYS FOR DEFENDANT TRIM-LINE
OF THE ROCKIES, INC.



Lee M. Kutner (10966)
Aaron A. Garber (36099
Kutner Miller Brinen, P.C.
303 East 17th Avenue, Suite 500
Denver, Colorado 80203
303-832-2400

ATTORNEYS FOR DEFENDANT COLORADO
CUSTOM FC, INC.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01470-LTB-MJW

BRUCE A. ROTH,

        Plaintiff,

v.

ROCKY MOUNTAIN BULLHIDE, INC.,
d/b/a BULLHIDE 4x4 AUTO ACCESSORIES,
a Colorado Corporation,

TRIM-LINE OF THE ROCKIES, INC.,
d/b/a AUTO ACCESSORIES AND DESIGN,
a Colorado Corporation, and

COLORADO CUSTOM FC, INC.,
a Colorado Corporation,

        Defendants.

## SUPPLEMENT TO SCHEDULING ORDER

Pursuant to the Court's Scheduling Order entered February 27, 2007, the Court enters the following Deposition Schedule as a Supplement to the Scheduling Order:

    e.    **Deposition Schedule:**

| *Name of Deponent* | *Date of Deposition* | *Time of Deposition* | *Expected Length of Deposition by party noticing the deposition* |
|---|---|---|---|
| Ray Shlepp | April 16, 2007 | 9:00am | 4 hours |
| Ron Wasserman | April 16, 2007 | 2:00pm | 4 hours |
| Mike Beyersdoerfer | April 18, 2007 | 9:00am | 4 hours |

{00254692.DOC1}

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition by party noticing the deposition |
|---|---|---|---|
| Randy Lerich | April 18, 2007 | 2:00am | 4 hours |
| Nik Dexter | April 23, 2007 | 9:00am | 4 hours |
| Scott Butters | April 23, 2007 | 2:00pm | 4 hours |
| Joel Townsend | April 25, 2007 | 9:00am | 4 hours |
| Bruce Roth | May 7, 2007 | 9:00am | 4 hours |
| Gerry Potter | May 9, 2007 | 9:00am | 4 hours |
| Jim Noteboom | May 14, 2007 | 9:00am | 4 hours |
| Alan Manes | June 5, 2007 | 9:00am | 4 hours |
| Plaintiffs' Expert Witnesses | TBD | | |
| Defendants' Expert Witnesses | TBD | | |
| Fed.R.Civ.P. 30(b)(6) depositions of various corporate entities | TBD | | |

  Because this deposition schedule is contingent upon the availability of counsel and witnesses on the specified dates, the parties agree to adhere to this schedule the extent possible, and will make amendments as necessary to accommodate the circumstances.

  Counsel for plaintiff Bruce A. Roth have conferred with counsel for all of the defendants regarding the aforementioned deposition schedule. All of the defendants' counsel have agreed to the schedule, with the exception of counsel for defendant Rocky Mountain Bullhide, Inc., who was unavailable to confer on the date this Supplement was due.

{00254692.DOC1}

DATED this _____ day of _____ 2007.

BY THE COURT:

_____
United States Magistrate Judge
Michael J. Watanabe

**APPROVED:**

/s/Joseph T. Bernstein_____
J. Mark Smith (973)
Joseph T. Bernstein (37753)
Pendleton Friedberg Wilson & Hennessey, P.C.
1875 Lawrence Street, 10th Floor
Denver, CO 80202
303-839-1204

William W. Cochran (13069)
Cochran, Freund & Young, LLC
2026 Caribou Drive, Suite 201
Fort Collins, Colorado 80525
970-492-1100

ATTORNEYS FOR PLAINTIFF

_____
Erik G. Fisher (16856)
Fischer & Fischer, LLP
125 South Howes, Suite 900
Fort Collins, Colorado 80521
970-482-4710

ATTORNEYS FOR DEFENDANT ROCKY MOUNTAIN BULLHIDE, INC.

Zachary G. Wilson (12608)
Liggett, Smith & Wilson, P.C.
425 West Mulberry Street, Suite 1112
Fort Collins, Colorado 80521
970-482-9770

ATTORNEYS FOR DEFENDANT TRIM-LINE
OF THE ROCKIES, INC.

Lee M. Kutner (10966)
Aaron A. Garber (36099
Kutner Miller Brinen, P.C.
303 East 17th Avenue, Suite 500
Denver, Colorado 80203
303-832-2400

ATTORNEYS FOR DEFENDANT COLORADO
CUSTOM FC, INC.