**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01470-LTB-MJW

BRUCE A. ROTH,

      Plaintiff,

v.

ROCKY MOUNTAIN BULLHIDE, INC., d/b/a BULLHIDE 4x4 AUTO ACCESSORIES, a Colorado corporation, and
TRIM-LINE OF THE ROCKIES, INC., d/b/a AUTO ACCESSORIES AND DESIGN, a Colorado corporation,
COLORADO CUSTOM FC, INC., a Colorado corporation,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss All Claims Against Defendant Trim-Line of the Rockies, Inc. (Doc 37 - filed March 23, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Trim-Line of the Rockies,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Chief Judge

DATED:   March 26, 2007