IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  06-cv-01470-LTB-MJW

BRUCE A. ROTH,

    Plaintiff,

v.

ROCKY MOUNTAIN BULLHIDE, INC., d/b/a BULLHIDE 4x4 AUTO ACCESSORIES, a Colorado corporation, and
TRIM-LINE OF THE ROCKIES, INC., d/b/a AUTO ACCESSORIES AND DESIGN, a Colorado corporation,
COLORADO CUSTOM FC, INC., a Colorado corporation,

    Defendants.
_____

**ORDER**
_____


THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 40 - filed May 7, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:


                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Chief Judge

DATED:   May 8, 2007